**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 01-155 DSD/JMM**

| | |
|---|---|
| Heather Wuollet,<br><br>Plaintiff,<br>-vs-<br><br>Reliance Recoveries, a foreign corporation, and "Ms. Tarr", individually,<br><br>Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the above captioned parties and their respective attorneys that the above-entitled action against the Defendants, shall be and hereby is dismissed, pursuant to Fed. R. Civ. P., Rule 41(a)(1)(ii), with prejudice, and without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE, LTD.**

By: [signature]
Peter F. Barry
Attorney for Plaintiff
Attorney I.D. #: 0266577
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
Telephone: (651) 714-8800

Dated: Feb. 21, 2001

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney for Plaintiff
Attorney I.D. #: 249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
Telephone: (651) 770-9707

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

By: [signature]
Michael A. Klutho
Attorney for Defendant
Attorney I.D. #: 186302
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 333-3000

Dated: 2/26/01



FILED FEB 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D FEB 28 2001
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation, Plaintiff's action against the Defendant is hereby Dismissed With Prejudice and without costs, disbursements or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: 2/28/01

Honorable Judge David S. Doty
United States District Court